UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:06-CR-112-001 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| DARREN TODD MOYER ) | |

**O R D E R**

On April 16, 2007, United States Magistrate Judge William B. Mitchell Carter held a plea hearing in this case and filed a Report and Recommendation ("R&R"). The R&R recommends (1) the Court accept defendant Darren Todd Moyer's ("Defendant") guilty plea as to Count One of the Indictment; (2) the Court adjudicate Defendant guilty of the charges on Count One; (3) the Court accept Defendant's plea agreement at the time of sentencing; and (4) Defendant remain on bond under the current bond conditions until sentencing (Court File No. 58).

Neither party has filed an objection to the R&R within the given ten days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 58) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) Defendant's guilty plea as to Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** released on bond under his current conditions until sentencing in this matter. Sentencing is set for **Thursday, July 26, 2007, at 9:00 a.m.**

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2